UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

UNITED STATES OF AMERICA

'07 NOV 20  PM 12: 03

-vs-

Case Number: 6:07-CR-35-ORL-28UAM

MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MARCOS ALICEA

USM Number: 60728-053

Stephen Langs, FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers Three through Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | Positive Urinalysis for Marijuana | October 31, 2006 |
| Four | Positive Urinalysis for Marijuana | November 9, 2006 |
| Five | Positive Urinalysis for Cocaine and Marijuana | January 5, 2007 |
| Six | Positive Urinalysis for Cocaine and Marijuana | May 23, 2007 |
| Seven | Failure to participate in Drug Aftercare Treatment | December 18, 2006 |
| Eight | Failure to complete Community Service | November 19, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions One, Two and Nine and is discharged as to such violations condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/19/2007

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

November  2 0  ,2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 Months**.

**IT IS FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

**Defendant delivered on** _____ **to** _____

**at** _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal